Israel G. Torres (#020303)
James E. Barton, II (#023888)
Saman J. Golestan (#031710)
TORRES LAW GROUP, PLLC
2239 West Baseline Road
Tempe, Arizona 85283
480.588.6120
James@TheTorresFirm.com
Saman@TheTorresFirm.com

*Attorneys for Plaintiff*

David R. Schwartz (#009264)
Kimberly R. Davis (#030210)
UDALL SHUMWAY
1138 North Alma School Road
Suite 101
Mesa, Arizona 85201
480.461.5300
das@udallshumway.com
krd@udallshumway.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual | No. CV-18-00605-PHX-GMS |
| Plaintiff, | |
| vs. | **Status Report** |
| Maricopa County Community College District, et al, | |
| Defendants | **(Hon. G. Murray Snow)** |

Pursuant to this Court's April 9, 2018, Order, the Parties jointly file this brief status report. Service of the Complaint in this matter was effected on March 9, 2018. On March 23,

2018, Plaintiff consented to a roughly two-week extension for Defendants to file their responsive pleadings. Defendants intend to file their responsive pleadings on or before April 16, 2018.

For this reason, a motion for default would not be appropriate in this case. Having filed this status report as ordered, the Parties move the Court to not terminate the matter on April 16, 2018—that is, seven days from the date of the Order.

Dated this 11th of April, 2018

 /s/ James E. Barton II                              /s/ David R. Schwartz (with permission)
James E. Barton II                                   David R. Schwartz
Torres Law Group, PLLC                               Udall Shumway

*Attorneys for Plaintiff*                            *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018 I electronically filed the attached document using ECF for filing and Transmitted the document through ECF to the following registered ECF users:

David R. Schwartz (#009264)
Udall Shumway, PLC
1138 North Alma School Road
Suite 101
Mesa AZ 85201
das@udallshumway.com

*Attorneys for Defendant*


/s/ Monse Vejar