**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
Attorneys for Defendant Maricopa
County Community College District
Maria Wise and Vivian Miranda

# UNITED STATES DISTRICT COURT

## DISRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual<br><br>Defendants. | NO. CV2018-00605 PHX-GMS<br><br>**MOTION TO JOIN PLAINTIFF'S SPOUSE AS A PARTY** |

Defendants hereby move to join Plaintiff's spouse, Judy Ellen Rogers, as a party plaintiff pursuant to Federal Rule of Civil Procedure 19. Rule 19 allows for voluntary and involuntary joinder of a person as a party plaintiff when: (1) in the person's absence complete relief cannot be accorded among those already parties or (2) the person claims an interest relating to the subject matter of the action and is so situated as a practical matter to impair or effect such person's ability to protect their rights.

Such joinder of the Plaintiff's spouse here is necessary because, assuming Defendants are the prevailing party, both spouses have to be joined as parties under A.R.S. § 25-215(D) ("in an action on such debt or obligation the spouses shall be sued jointly") for the judgment (for costs and attorney's fees if awarded) to be collectible against the marital community. Plaintiff is suing on behalf of the marital community, as

all property acquired during marriage is presumed to be community property. A.R.S. § 25-211 ("All property acquired by either husband or wife during the marriage is the community property of the husband and wife except for property that which is: 1. Acquired by gift, devise or descent. 2. Acquired after service of a petition for dissolution of marriage, legal separation or annulment . . ."). Since the lawsuit seeks damages, including wages, these would be community assets. Absent joinder of the spouses in this lawsuit, Defendants may not be able to collect costs and/or attorney's fees against the marital community on whose behalf the married Plaintiff is suing, so joinder is proper and necessary. *Drotz v. Park Electrochemical Corp.*, 2012 WL 1344729, * 8 (D. Ariz. 2012) ("Plaintiff's spouse is an indispensable party and must be joined"); *Weimer v. Maricopa Cnty. Cmty. Coll. Dist.*, 184 F.R.D. 309, 310 (D. Ariz.1998).

      Therefore, it is respectfully requested that this Court enter an order joining Judy Ellen Rogers as party plaintiff and directing the filing of an amended complaint naming her as a plaintiff.

DATED: April 27, 2018.

UDALL SHUMWAY PLC

/s/ David R. Schwartz
David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
Attorneys for Defendant Maricopa County Community College District, Wise and Miranda

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, I electronically filed the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


　　　/s/ Kimberly Kershner

5162799.1
109883.024