**UNITED STATES DISTRICT COURT**

**DISRICT OF ARIZONA**

| | |
|---|---|
| James Rogers, an individual, | NO. CV2018-00605 PHX-GMS |
| Plaintiff, | |
| v. | **ORDER JOINING SPOUSE AS PLAINTIFF** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual | |
| Defendants. | |

Upon motion of Defendants and good cause appearing,

IT IS HEREBY OREERED joining Judy Ellen Rogers, the spouse of Plaintiff James Rogers, as a Plaintiff in this action and the caption shall be amended to read:

> James Rogers and Judy Ellen Rogers, husband and wife,
>
> Plaintiffs,
>
> v.
>
> Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual,
>
> Defendants

IT IS FURTHER ORDERED that Defendants shall cause a copy of this Order to be served upon Judy Ellen Rogers.

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


   /s/ Kimberly Kershner

5165302.1
109883.024