

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
Attorneys for Defendant Maricopa
County Community College District
Maria Wise and Vivian Miranda

# UNITED STATES DISTRICT COURT

# DISRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual<br><br>Defendants. | NO. CV2018-00605 PHX-GMS<br><br>**DEFENDANTS' MOTION TO ALLOW AN EARLY MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants hereby move for this Court to allow Defendants to file an early motion for partial summary judgment under Rule 56 after compliance with the conferral process set forth in this Court's standard Case Management Order. This Court's standard Case Management Order limits the parties to one summary judgment motion absent leave of court. Defendants believe no discovery is necessary for the resolution of the issues it wishes to bring before the Court at this time. Defendants also anticipate that they will file after discovery is completed another motion for summary judgment on whatever issues are remain. Defendants wish to bring certain dispositive issues, including the notice of claims defense, before this Court as soon as possible and the notice of claim defense is required to be raised early to avoid any issue of waiver.

*County of La Paz v. Yakima Compost Co., Inc.*, 224 Ariz. 590, ¶ 7-8, 233 P.3d 1169 (App. 2010), *review denied* (2010).

The motion for partial summary judgment would address the following issues: (1) whether a valid FMLA claim (Third Claim for Relief) can exist where Plaintiff was unable to perform any essential function of his prior position when his 12 weeks of FMLA leave were exhausted in June 2017 as reflected in the certifications and documentation Plaintiff provided to the District that he was unable to work until January 2018; (2) assuming a FMLA claim can be asserted, whether the changes to Plaintiff's old position alleged in the Complaint while he was on FMLA leave could violate the FMLA or were mere deminimis changes; (3) whether this Court lacks jurisdiction over the ADA discrimination claim (Third Claim for Relief) when it was not administratively exhausted before the EEOC as Plaintiff received his right to sue letter in November 2017 before he was even able to return to work in January 2018; and (4) whether the state law intentional infliction of emotional distress claim is barred or just limited under the one-year statute of limitation, A.R.S. § 12-821, and/or the notice of claim statute, A.R.S. § 12-821.01.

. . .

. . .

Defendants request permission to file a motion for partial summary judgment on the above issues as soon as this Court will allow.  Defendants have already sent a letter of conferral to Plaintiff's counsel regarding these issues to comply with the language from this Court's standard form of Case Management Order.  Defendants also anticipate that after discovery a second motion for summary judgment will likely be made by them on any remaining claims in this action.

DATED: April 27, 2018.

                        UDALL SHUMWAY PLC

                        /s/ David R. Schwartz
                        David R. Schwartz
                        Kimberly R. Davis
                        1138 North Alma School Road
                        Suite 101
                        Mesa, AZ  85201
                        Attorneys for Defendant Maricopa County Community College District, Wise and Miranda

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018 I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


   /s/ Kimberly Kershner

5162868.1
109883.024

3