**UNITED STATES DISTRICT COURT**

**DISRICT OF ARIZONA**

| | |
|---|---|
| James Rogers, an individual, | NO. CV2018-00605 PHX-GMS |
| Plaintiff, | |
| v. | **ORDER** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual | |
| Defendants. | |

Upon motion of Defendants' Motion to Allow An Early Motion for Partial Summary Judgment and good cause appearing,

IT IS HEREBY OREERED granting such motion and Defendants may, if appropriate, file a second motion for summary judgment pursuant to the Case Management Order to be entered in this action.

IT IS FURTHER ORDERED that Plaintiffs shall on or before seven days from the entry of this Order provide a two-page letter in response to Defense counsel's two-page letter regarding the issues to be raised in the proposed motion for partial summary judgment; such letters must comply with this Court's standard Case Management Order paragraph 11 available through http://www.azd.uscourts.gov.

IT IS FURTHER ORDERED that Defendants shall file these letters with the Court on or before _____, 2018, and shall call the Court the same day to schedule a time for a pre-motion conference.

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2018, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


  /s/ Kimberly Kershner

5165341.1
109883.024

2