**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Rogers and Judy Ellen Rogers,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa Community College District, et al.,<br><br>Defendants. | No. CV-18-00605-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Join Plaintiff's Spouse as a Party (Doc. 15), and good cause appearing,

**IT IS HEREBY ORDERED** joining Judy Ellen Rogers, the spouse of Plaintiff James Rogers, as a Plaintiff in this action the caption shall be amended as captioned above on all further pleadings.

**IT IS FURTHER ORDERED** Defendants shall cause a copy of this Order to be served upon Judy Ellen Rogers.

Dated this 22nd day of May, 2018.

Honorable G. Murray Snow
United States District Judge