# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers and Judy Ellen Rogers,<br><br>    Plaintiffs,<br><br>v.<br><br>Maricopa Community College District, et al.,<br><br>    Defendants. | No. CV-18-00605-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Allow an Early Motion for Partial Summary Judgment (Doc. 16) and good cause appearing,

**IT IS HEREBY OREERED** granting the Motion, however, the Court is not making a determination at this point that it will allow a second motion for summary judgment.

**IT IS FURTHER ORDERED** that Plaintiffs shall on or before seven days from the entry of this Order provide a two-page letter in response to Defense counsel's two-page letter regarding the issues to be raised in the proposed motion for partial summary judgment; such letters must comply with this Court's standard Case Management Order paragraph 11 available through http://www.azd.uscourts.gov.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** Defendants shall file these letters with the Court on or before **May 30, 2018**, and shall call the Court the same day to schedule a time for a pre-motion conference.

Dated this 22nd day of May, 2018.

_____
Honorable G. Murray Snow
United States District Judge