**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
Attorneys for Defendant Maricopa
County Community College District
Maria Wise and Vivian Miranda

# UNITED STATES DISTRICT COURT

## DISRICT OF ARIZONA

| James Rogers and Judy Ellen Rogers, | NO. CV2018-00605 PHX-GMS |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF CONFERRAL PER ORDER (DKT 18) PROPOSED EARLY MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual | |
| Defendants. | |

Pursuant to this Court's Order (Dkt 18), the parties exchanged letters regarding the issues sought to be raised in Defendants' proposed motion for partial summary judgment (Dkt 16). Attached as Exhibit 1 are copies of such letters. Counsel will call the Judge's staff to arrange a time for a pre-motion conference.

DATED: May 30, 2018.

UDALL SHUMWAY PLC

  /s/ David R. Schwartz
David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
Attorneys for Defendant Maricopa County Community College District, Wise and Miranda

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


　　　/s/ Kimberly Kershner

5190977.1
109883.024