**Udall | Shumway**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
Attorneys for Defendant Maricopa
County Community College District
Maria Wise and Vivian Miranda

**UNITED STATES DISTRICT COURT**

**DISRICT OF ARIZONA**

| | |
|---|---|
| James Rogers and Judy Ellen Rogers, | NO. CV2018-00605 PHX-GMS |
| Plaintiffs, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual | |
| Defendants. | |

NOTICE is hereby given that on May 29, 2018, Defendant Maricopa County Community College District, by and through its undersigned counsel, served its Mandatory Initial Discovery Responses, via hand-delivery to:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283

DATED: May 30, 2018.

UDALL SHUMWAY PLC

/s/ David R. Schwartz
David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
Attorneys for Defendant Maricopa County Community College District, Wise and Miranda

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff

/s/ Kimberly Kershner

5191583.1
109883.024

2