**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
Attorneys for Defendant Maricopa
County Community College District
Maria Wise and Vivian Miranda

# UNITED STATES DISTRICT COURT

## DISRICT OF ARIZONA

| | |
|---|---|
| James Rogers and Judy Ellen Rogers, | NO. CV2018-00605 PHX-GMS |
| Plaintiffs, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual | |
| Defendants. | |

NOTICE is hereby given that on May 31, 2018, Defendant Maricopa County Community College District, by and through its undersigned counsel, served its First Supplement to Mandatory Initial Discovery Responses, via regular mail to:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283

1     DATED: May 31, 2018.

                                            UDALL SHUMWAY PLC

                                        /s/ David R. Schwartz
                                      David R. Schwartz
                                      Kimberly R. Davis
                                      1138 North Alma School Road
                                      Suite 101
                                      Mesa, AZ  85201
                                      Attorneys for Defendant Maricopa County Community College District, Wise and Miranda

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff

    /s/ Kimberly Kershner

5192680.1
109883.024

2