# EXHIBIT 1

**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County
Community College District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| James Rogers, an individual, | NO. CV 2018-00605-PHX-GMS |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF VIVIAN MIRANDA-WENDELKEN** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual, | |
| Defendants. | |

Vivian Miranda-Wendelken states:

1. I am over the age of 18 years and am competent to testify to the matters set forth herein.

2. I was previously known as Vivian Miranda-Strawbridge. I often go by Vivian Miranda.

3. I hold an Ed.D. doctorate degree.

4. I am currently employed by the Maricopa County Community College District. ("District"). I am the GateWay Community College ("GateWay") Dean of

1  Student Success and Retention. I have served in that position at GateWay since
2  September 12, 2016. Prior to that time, I worked at other colleges operated by the District.
3      5.   My direct supervisor at GateWay has and is Dr. Maria Wise, GateWay's
4  Vice President of Academic & Student Affairs
5      6.   In my capacity as Dean of Student Success and Retention, I was responsible
6  for the Disability Resources and Services ("DRS") offices at the main Washington,
7  Central City, and Deer Valley campuses and their staff. I directly supervised Plaintiff
8  James Rogers who served as the Coordinator of Student Success at the main Washington
9  campus. Rogers referred to himself as the DRS Manager and others often referred to him
10 using that title.
11     7.   On February 6, 2017, Plaintiff James Rogers left work indicating he did not
12 feel well and he has not returned to work at DRS since that day.
13     8.   As of February 6, 2017, there was no person filling the position of DRS
14 Manager for either the Central City and Deer Valley campuses.
15     9.   Initially during Plaintiff James Rogers' absence, I served as the acting DRS
16 Manager trying to cover all three campuses.
17     10.  In early April 2017, when it appeared a person was going to be hired to
18 temporarily serve as the DRS Manager for GateWay, I asked Cynthia ("Cindi") Tanner,
19 the DRS's Office Coordinator II, to remove Plaintiff James Rogers' personal items and
20 place them into storage. A true copy of my email exchange with Ms. Tanner is attached
21 hereto as Exhibit A. These personal items, which consisted of a coffee mug, two personal
22 pictures in frames and a coffee mug warmer, were put into storage and could easily be
23 moved back when Plaintiff James Rogers returned to his position.
24     11.  Attached hereto as Exhibit B is a true copy of a diagram presented to me by
25 Plaintiff James Rogers in connection with a proposal he was making to be allowed to use
26 and remodel the DRS office (IE 1208) and the five rooms vacated by Counseling. (IE 12-
27 3-1207). The left side of the diagram is labelled as "CURRENT" and it accurately
28 described the general location of the DRS and Counseling offices at the main Washington

campus. These offices were in the building designated as "IE" meaning the Integrated Education building.

12. As of February 6, 2017, Plaintiff James Rogers' personal office was in room IE 1205 at the end of a hallway. From room IE 1205 at the end of the hall one cannot see the front counter of DRS or see what is going on near the front counter. This room IE 1205 was one of those previously occupied by Counseling until they vacated five rooms IE 1203-1207 in approximately December of 2016. Without asking for or receiving permission, Plaintiff James Rogers moved his office from room IE 1208, which did have a direct line of sight to the DRS front counter and area, to room IE 1205.

13. I believed it was better for the DRS Manager or Coordinator to have their office close to the front desk counter area and where they could see what was going on in that area. Nevertheless, Plaintiff's old office was left in place as it was when Plaintiff stopped working other than the few personal items of Plaintiff which were placed into storage.

14. Plaintiff James Rogers' position as Coordinator for Student Success Program, who oversees the DRS office at the main Washington campus, has never been filled by anyone else since he stopped working on February 6, 2017. Plaintiff Rogers could have returned to fill his old position at any time he was able and willing to do so.

15. I have had no communication with Plaintiff James Rogers since February 6, 2017 when he last worked.

I declare under penalty of perjury that the foregoing statements are true and correct.
Executed on May ___, 2018.

_Vivian Miranda-Wendelken_
Vivian Miranda-Wendelken

5163659.1
109883.024

# EXHIBIT A

| | |
|---|---|
| From: | Vivian Miranda Miranda-Strawbridge |
| To: | Cindi Tanner |
| Subject: | Re: J.R."s personal things/allocation of resources |
| Date: | Thursday, April 06, 2017 10:07:59 AM |

You can place personal pictures, coffee maker.... from JR's office in the filing cabinets located in your work station. All items that support DRS day to day functions can be left in the office. This request should only take a few minutes. Please have this completed no later than April 14th.

Maria and I are in discussion regarding the rooms in the DRS area. We are also in discussion regarding furniture needs.

Vivian

On Thu, Apr 6, 2017 at 8:30 AM, Cindi Tanner <cindi.tanner@gatewaycc.edu> wrote:
> Good Morning, Vivian
>
> As a follow-up to your instruction to me that I should remove J.R.'s personal things from his office in preparation for the interim DRS Manager to occupy his office; I need help please with a couple questions as I think out loud:
>
> In the interest of salvaging all of our rooms for final exams week, may I find a cabinet or something to lock away his personal things instead of placing them in IE1204 as you instructed me to do?
>
> Also; how do I define "personal" things? For example: He has a ton of research in there - files - product information - etc., etc. May I just clear select drawers/cabinet space for the interim manager and leave the other items in there?
>
> And: What happens when we have two DRS Managers in situ and only one work station? Shouldn't we order a second work station to be installed in one of the rooms to prevent a manager from sitting at a folding table with no cabinets or other furniture accessories to secure private and needful things? What is the process for that?
>
> Lastly: Could you please give me a due date for this to be accomplished.
>
> Thank you!
>
> --
> Cindi Tanner
> Coordinator II
> Disability Resources Services
> GateWay Community College
> 602.286.8171

--
**Vivian Miranda, Ed. D.**
Dean of Student Success and Retention

Student Affairs
vivian.miranda@gatewaycc.edu
p: (602) 286-8021
Washington Campus
108 North 40th Street, Phoenix, Arizona 85034

Effective July 1, 2016, Maricopa Skill Center will adopt the GateWay Community College name. Learn more.

/gatewaycc
/gatewayaz

MCCCD-T 1057

# EXHIBIT B

