EXHIBIT 2

# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax:  480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County
Community College District

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual,<br><br>            Defendants. | NO. **CV 2018-00605-PHX-GMS**<br><br>**DECLARATION OF JUDY CASTELLANOS** |

Judy Castellanos states:

1.      I am over the age of 18 years and am competent to testify to the matters set forth herein.

2.      I am currently employed by the Maricopa County Community College District. ("District").  I have served since June 6, 2005, as the Senior Human Resources ("HR") Manager, Workforce Resolutions & Compliance in the District's HR Solutions Center.

3.     As the Human Resource Manager, I have access to, custody of, and control over the records of the District's HR Department regarding its employees. Those records are kept in the ordinary course of the operation and business of the District.

4.     Plaintiff James Rogers was hired effective March 18, 2013 as the Coordinator of Student Success Programs for the Disability Resources and Services ("DRS") office at the main Washington campus of GateWay Community College ("GateWay").

5.     The District's records reflect Plaintiff James Rogers applied for and was granted FMLA leave effective February 6, 2017. As part of his application for FMLA leave due to a serious medical condition of himself, Rogers provided to the District's HR department a certification form completed by his doctor dated it appears on February 10, 2017. A true and accurate copy of such certification, which is part of HR's FMLA file on Plaintiff James Rogers, is attached hereto as Exhibit A. Plaintiff's doctor initially certified that Plaintiff was fully incapacitated starting February 6, 2017 and the estimated end of the incapacity would be April 30, 2017. Plaintiff James Rogers provided this certification to District HR personnel. Based upon this certification Plaintiff James Rogers' leave was set through April 30, 2017.

6.     On or about April 25, 2017 Plaintiff's doctor certified that Plaintiff was still fully incapacitated and he estimated Plaintiff would not return to work before August 1, 2017. A true and accurate copy of the such certification, which is part of HR's FMLA file on Plaintiff James Rogers, is attached hereto as Exhibit B. Plaintiff James Rogers provided this certification to District HR personnel. Based upon this certification Plaintiff James Rogers' leave was extended through August 1, 2017.

7.     Under the FMLA and District policies, an eligible employee is entitled to up to 12 weeks of FMLA leave each year. The year does not run on a calendar basis. For FMLA purposes, Plaintiff James Rogers began a new FMLA year on March 22, 2017. So, for up to 12 weeks after March 22, 2017 Plaintiff's leave was considered by the District as FMLA protected leave. Plaintiff was advised of this information in an email

2

1  sent on April 25, 2017.  A true and accurate copy of that e-mail, which is part of HR's
2  FMLA file on Plaintiff James Rogers, is attached as Exhibit C.  Plaintiff was also advised
3  that when his FMLA leave time was exhausted he would be transitioned to ADA
4  disability leave.

5        8.     While Plaintiff James Rogers was on FMLA leave his grandson died and
6  he was given two weeks of bereavement leave under the District's policies.

7        9.     After excluding the two weeks of bereavement leave, Plaintiff James
8  Rogers' FMLA leave was fully exhausted on or about June 30, 3017.  From and after that
9  time Plaintiff was placed on ADA disability leave status based on the documentation
10  provided by Plaintiff to the District's HR.

11        10.    On or about July 19, 2017, Plaintiff's psychologist wrote that Plaintiff's
12  should not return to work at that time and his return to work date should be set for October
13  1, 2017.  A true and accurate copy of that letter, which is part of HR's ADA file on
14  Plaintiff James Rogers, is attached as Exhibit D.  Plaintiff James Rogers provided this
15  letter to District HR personnel.  Based upon this letter, Plaintiff James Rogers' ADA leave
16  was extended through October 1, 2017.

17        11.    On or about October 29, 2017, Plaintiff's psychologist indicated that he was
18  still not ready to return to work and she could not predict when he will be recovered
19  enough to return to work.  A true and accurate copy of that letter, which is part of HR's
20  ADA file on Plaintiff James Rogers, is attached as Exhibit E.  Plaintiff James Rogers
21  provided this letter to District HR personnel.

22        12.    On or about November 6, 2017, Plaintiff's psychologist indicated that he
23  was still not ready to return to work and that the goal was for Plaintiff to be able to return
24  to work on January 1, 2018.  Plaintiff's psychologist also indicated that Plaintiff should
25  not return to work at his previous job site, GateWay, when he was able to finally return
26  to work.  A true and accurate copy of that letter, which is part of HR's ADA file on
27  Plaintiff James Rogers, is attached as Exhibit F.  Plaintiff James Rogers provided this
28

3

1  letter to District HR personnel.  Based upon this letter, Plaintiff James Rogers' ADA leave
2  was extended through January 1, 2018.

3      13.    Effective June 22, 2017, Jill Nico was hired under contract to serve as the
4  DRS Manager at GateWay's DRS Office located at the Cathedral City and Deer Valley
5  campuses.  Ms. Nico was hired under position number 20000314.  Attached hereto as
6  Exhibit G, which is part of HR's personnel file on Jill Nico, are true copies of personnel
7  records reflecting Nico's hiring, her position title, and her position number.

8      14.    Plaintiff James Rogers was hired and has remained in position number
9  20004122. Attached hereto as Exhibit H, which is part of HR's personnel file on Plaintiff
10 James Rogers, are true copies of personnel records reflecting his position number,
11 position title, and his date of hire.

12     15.    The different position numbers and position titles of Jill Nico and Plaintiff
13 James Rogers is a reflection that each position is funded separately in the budget for
14 GateWay and that they are distinct positions.

15     16.    Plaintiff James Rogers position remained open for him to return from the
16 time he went on FMLA leave, February 6, 2017, until now.  If he was able and willing
17 Plaintiff James Rogers could have returned to his same position at any time.  Plaintiff was
18 advised of this information via an email sent on July 26, 2017.  A true and accurate copy
19 of that e-mail, which is part of HR's FMLA file, is attached hereto as Exhibit I.

20     17.    The District's ADA file on Plaintiff James Rogers reflects that District HR
21 representatives Sheri Klein and Elvia Espinoza have been working with Plaintiff James
22 Rogers since October 6, 2017 regarding his potential return from ADA leave.

23     18.    In connection with FMLA and ADA leave, as well as trying to find a
24 position for Plaintiff James Rogers when he was able to return to work, Plaintiff James
25 Rogers dealt with HR personnel who were in the District's headquarters in Tempe.
26 Plaintiff James Rogers did not have to deal with personnel who were at GateWay's
27 campuses.

28

4

1      I declare under penalty of perjury that the foregoing statements are true and correct.

2      Executed on May 15, 2018.

3

4

5                                     Judy Castellanos

6

7  5163142.1
   109883.024

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

02/10/2017   13:48 AFM BACK OFFICE                              FAX)4B08868318          P.005/008

## CERTIFICATION OF HEALTH CARE PROVIDER FOR EMPLOYEE'S SERIOUS HEALTH CONDITION
### (Family and Medical Leave Act)
### Return completed form to: MCCCD Leaves Administration Fax: 480 731-8956

**MARICOPA**
COMMUNITY COLLEGES
We are HR • ONE MARICOPA • Maricopa HR

**DUE DATE** 2/22/2017

SECTION I: FOR COMPLETION BY THE EMPLOYEE

| Employee Name: James Rogers | Employee Job Title: | Employee Work schedule: |
|---|---|---|

Employee's Essential Job Functions:

SECTION II: FOR COMPLETION BY THE HEALTH CARE PROVIDER

**INSTRUCTIONS:** Your patient has requested medical leave under FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. **Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient.**
**Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage.** Limit your responses to the condition for which the employee is seeking leave.

**Please be sure to sign the form on the last page.**

Provider's name: Dr. Gregory S. Allen _____ Type of practice/Medical specialty: Family Medicine
Provider's business address: 7233 E. Baseline Rd #120, Mesa, AZ 85209
Telephone: (480) 1699 2222 _____ Fax: (480) 1699 3033

PART A: FACTS

1. Approximate date condition commenced:

   Probable duration of condition: _____ Unknown

   **Mark below as applicable:**
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?   [X] No   [ ] Yes

   If Yes, dates of admission: _____

   Date(s) you treated the patient for condition: 7/25/16, 10/31/16, 2/7/17

   Will the patient need to have treatment visits at least twice per year due to the condition?
   [ ] No   [✓] Yes

   Was medication, other than over-the-counter medication, prescribed?   [ ] No   [✓] Yes

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?   [ ] No   [✓] Yes

   If so, state the nature of such treatments and expected duration of treatment: Cardiologist. Stress test & potential pacemaker implant - pending

2. Is the medical condition pregnancy?   [✓] No   [ ] Yes   If so, expected delivery date: _____

MCCCD Leaves Employee Request Rev (1/2017)

3.  Use the information provided by the employer in Section I to answer this question.

Identify the job functions the employee is unable to perform *At this time pt is unable to focus, has inability to sit, stand or walk for long periods of time due to stress and emotional disorder*

4.  Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

*pt suffering from coronary artery disease with emotional disorder. He is suffering from anxiety, depression & work related stress. Pt is potential candidate for a pacemaker and currently has a stent*

**Block of Time Only** *(only complete if the employee will be out for a continuous period of time)*

5.  Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?     ☐ No     ☑ Yes

    If so, estimate the beginning and ending dates for the period of incapacity: *2/10/17 - 4/30/17*

**Reduced Work Schedule Only** *(only complete if the employee will need to work a reduced number of hours per week for a continuous period of time; this is not the same as intermittent leave)*

6.  Will the employee need to work part-time or a reduced schedule due to their medical condition?     ☐ No     ☑ Yes

    Estimate the part-time or reduced work schedule the employee needs, if any:

    _____ hour(s) per day; _____ days per week from _____ through _____

**Intermittent Leave Request Only** *(only complete if the employee will be out periodically)*

7.  Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions; requiring them to be absent from work?

    ☐ No   ☐ Yes

    If so, explain: _____

    _____

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

        Frequency: _____ times per _____ week(s) _____ month(s)

        Duration: _____ hours or _____ day(s) per episode

MCCCD Leaves Employee Request Rev (1/2017)

He has an increase emotional sensitivity. He suffers from
PTSD. He is scheduled to get a stress test & full cardiac
workup. He has been experiencing increase in panic attacks
& emotionals sensitivity due to all these testing. Patient has
suffered from heart attack and has stents implanted.
Recommend rest, medication, proper testing & evaluation
for his coronary artery disease and heart attack.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____                    2/10/17

**Signature of Health Care Provider**                              **Date**

02/10/2017   10:04     480-281-2737        SAFEWAY #1567                    PAGE  01

480-731-8956

## FMLA Leave of Absence Request (Employee)



**MARICOPA**
COMMUNITY COLLEGES

I understand that this is only a request for FMLA. Determination of eligibility and approval will be done by the Leaves Administration Department. Industrial leave and disability benefits will run concurrently with FMLA where applicable.

| GENERAL INFORMATION | | |
|---|---|---|
| EMPLOYEE NAME: **James Rogers** | EMPLOYEE ID#: 15049795 | DATE: 02/06/2017 |
| HOME ADDRESS: 2846 E Glencove | CITY, STATE & ZIP CODE: Mesa Az 85213 | |
| DAYTIME PHONE: 480 323 9964 | ALT PHONE: 480 830 2004 | ALT/PERSONAL E-MAIL: Jr19857@Gmail.com |
| SUPERVISOR: Vivian Miranda | SUPERVISOR'S PHONE: 602 286 8021 | COLLEGE/CAMPUS: Gateway CC Wash. |
| PREFERRED CONTACT METHOD: ☒ Email  ☒ Phone  ○ US Mail | | DEPARTMENT NAME: Manager Disability Service |
| ARE YOU AN ADJUNCT FACULTY MEMBER: ○ Yes  ☒ No | | STANDARD HOURS ACCOUNTABLE PER WEEK: 40 |

| LEAVE REQUESTED | | |
|---|---|---|
| ☒ BLOCK OF TIME | ☐ INTERMITTENT ***MUST BE RENEWED ANNUALLY*** | ☐ REDUCED LEAVE SCHEDULE PLEASE ATTACH PROPOSED SCHEDULE |

| LEAVE DATES | | |
|---|---|---|
| LEAVE BEGINS: | ANTICIPATED RETURN DATE: | LAST DAY WORKED: FEb 6 2017 |

**PAID TIME / COMP TIME**

IF YOU ARE AN EMPLOYEE WHO HAS COMPENSATORY TIME (COMP TIME) AVAILABLE AND WOULD LIKE TO USE IT DURING THIS LEAVE, PLEASE CHECK THE BOX BELOW. ☒ I have compensatory time available and I request to use this time to be paid to me during this leave.

IF YOU HAVE CHECKED THE BOX ABOVE, SUBMIT A RECORD OF COMPENSATORY TIME YOU HAVE ACCRUED WITH THIS LEAVE REQUEST. PAID

LEAVE THAT IS USED IN CONJUNCTION WITH FMLA WILL BE COUNTED TOWARD THE EMPLOYEES' FMLA ENTITLEMENT. WHEN ACCRUED PAID LEAVE IS EXHAUSTED, THE EMPLOYEE WILL BE PLACED IN AN UNPAID STATUS. PAID LEAVE WILL BE UTILIZED IN THE FOLLOWING ORDER:

1. SICK LEAVE
2. VACATION LEAVE
2. BANKED VACATION
3. COMPENSATORY TIME **(ONLY IF REQUESTED BY THE EMPLOYEE)**

**THE ATTACHED HEALTH CARE PROVIDER VERIFICATION IS REQUIRED FOR FMLA QUALIFYING LEAVE AND MUST BE PROVIDED WITHIN FIFTEEN (15) CALENDAR DAYS OF THE DATE OF THIS REQUEST.**
**DUE BY**   02/21/2017  .

IF YOU FAIL TO PROVIDE THE COMPLETED HEALTH CARE PROVIDER CERTIFICATION FORM BY THE DEADLINE, YOUR LEAVE MAY BE DENIED (OR DELAYED IF IT IS AN ONGOING CONDITION). HOWEVER, IF EXTENUATING CIRCUMSTANCES PREVENT THE RETURN OF THE CERTIFICATION FORM WITHIN THE TIME ALLOWED, **CALL LEAVES ADMINISTRATION BEFORE THE 15 DAY DEADLINE.** YOU ARE RESPONSIBLE FOR ANY FEES, CO-PAYS, OR EXPENSES RELATED TO OBTAINING MEDICAL CERTIFICATION.

## FMLA Leave Requirements — Please initial where applicable, sign and date below.

_____ **Initials** • I understand that I am required to notify my supervisor of my intent to apply for FMLA and that upon receipt of the leave request by the Leaves department, a provisional approval email will be sent to my supervisor and HR department within three business days.

_____ **Initials** • I understand that falsification of FMLA/LOA documentation will result in disciplinary action, up to and including termination.

_____ **Initials** • I understand that while absent on FMLA, I am not permitted to do any work on behalf of MCCCD.

_____ **Initials** • I understand that accrued time will be exhausted in the following order: Sick, Vacation, Banked Vacation and only if elected, Compensatory Time.

_____ **Initials** • I understand that if I have exhausted all accrued time, I will be placed in an unpaid status.

_____ **Initials** • I understand that employee contributions may be required to continue health insurance if I am placed in an unpaid status. The Benefits Department will notify me, in writing, at the beginning of the unpaid leave period as to the amount and method of payment.

_____ **Initials** • I understand that if there is a change in the amount of leave required, I must notify the Leaves Administration Department. Additional documentation from the physician(s) may be required.

_____ **Initials** • I understand that I am required to provide a "Fitness for duty" form prior to returning to work, if this leave was for my own illness. **I will provide the form to the Leaves Administration office three business days prior to returning.** (Not applicable for Intermittent Leaves or Adoption/Foster placements)

_____ **Initials** • I understand that all documentation must be submitted by the due date noted or the approval may be delayed or the leave may be rescinded. It is my responsibility to ensure that the documentation is submitted in a timely matter.

_____ **Initials** • I understand that if my FMLA is rescinded, all rights provisionally extended to me will be rescinded. I may re-apply and the FMLA will be effective at the time of my application and will not be dated for a time in the past.

_____ **Initials** • I understand that Intermittent Leaves must be renewed annually and it is my responsibility to contact the Leaves department to renew my leave. **(Intermittent Leaves Only)**

For short-term disability benefits (day 15-90), contact **MetLife at 1-800-769-4638**. If you are still disabled and have exhausted all of your accrued time after 90 days, you may be eligible for mid-term disability benefits (day 91-180) through MetLife.

_____     Feb, 9, 17
(Signature of Employee)            (Date)

Please submit this form to the leaves department no later than: 02/08/2017

EXHIBIT B

04/25/2017   11:29 AFM BACK OFFICE                    (FAX)4806868318          P.002/007

CERTIFICATION OF HEALTH CARE PROVIDER FOR EMPLOYEE'S
SERIOUS HEALTH CONDITION

**MARICOPA**
COMMUNITY COLLEGES
We are HR • ONE MARICOPA • Maricopa HR

(Family and Medical Leave Act)
Return completed form to: MCCCD Leaves Administration Fax: 480 731-8956

**DUE DATE**  02/21/2017

**SECTION I: FOR COMPLETION BY THE EMPLOYEE**

| Employee Name: **James Rogers** | Employee Job Title: | Employee work schedule: |
|---|---|---|

Employee's Essential Job Functions:

**SECTION II: FOR COMPLETION BY THE HEALTHCARE PROVIDER**

INSTRUCTIONS:  Your patient has requested medical leave under FMLA.  Answer, fully and completely, all applicable parts.
Several questions seek a response as to the frequency or duration of a condition, treatment, etc.  Your answer should be your
best estimate based upon your medical knowledge, experience, and examination of the patient.
**Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine
FMLA coverage.** Limit your responses to the condition for which the employee is seeking leave.

Please be sure to sign the form on the last page.

Provider's name: Dr. Gregory Allen M.D.   Type of practice/Medical specialty: Family Practice

Provider's business address: 4285 E. Baseline Rd #126

Telephone: 480 099 2222   Fax: 480 6919 3033

**PART II: MEDICAL FACTS**

1. Approximate date condition commenced:

   Probable duration of condition: Unknown

   Mark below as applicable:
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? ☒ No  ☐ Yes

   If Yes, dates of admission: _____

   Date(s) you treated the patient for condition: 7-25-16, 10-31-16, 2-7-17, 4-7-17

   Will the patient need to have treatment visits at least twice per year due to the condition?
   ☐ No ☒ Yes

   Was medication, other than over-the-counter medication, prescribed?  ☐ No  ☒ Yes

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?  ☐ No ☒ Yes

   If so, state the nature of such treatments and expected duration of treatment: Cardiologist. Stress
   Test, Potential Pacemaker implant - pending

2. Is the medical condition pregnancy?  ☒ No  ☐ Yes  If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question.

I identify the job functions the employee is unable to perform *At this time pt is unable*
*to focus, has inability Sit, Stand, or Walk for long*
*Periods of time. due to Stress and emotional*
*Disorder*

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

*Pt Suffering from Coronary atery disease*
*with emotional Disorder . He is suffering*
*from anxiety, depression and work Related*
*Stress . Pt is a potential Candidate for Pace*
*Maker, and Currently has Stent.*

PART B: AMOUNT OF LEAVE NEEDED

**\*\*Block of Time Only\*\*** *(only complete if the employee will be out for a continuous period of time)*

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?        ☐ No    ☑ Yes

   If so, estimate the beginning and ending dates for the period of incapacity: *2 6 · 17 — 8 · 1 · 17*

**\*\*Reduced Work Schedule Only\*\*** *(only complete if the employee will need to work a reduced number of hours per week for a continuous period of time; this is not the same as intermittent leave)*

6. Will the employee need to work part-time or a reduced schedule due to their medical condition?        ☐ No    ☐ Yes

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

**\*\*Intermittent Leave Request Only\*\*** *(only complete if the employee will be out periodically)*

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions; requiring them to be absent from work?

   ☐ No   ☐ Yes

   If so, explain: _____

   _____

   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: _____ times per _____ week(s) _____ month(s)

   Duration: _____ hours or _____ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

He has increased emotional Sinsitivity . He suffers
from PTSD. He is Scheduled to get a Stress tst
and full Cardiac workup. He has been experiencing
increased panic attacks and emotions run high.
Due to all these test. Patient has suffered
from heart attack and has Stents implanted
Recommend Rest, medication, proper testing +
Evaluation for his Coronary artery disease
and heart attack

_____                    4.25.17
Signature of Health Care Provider            Date

## FMLA Leave of Absence Request (Employee)



**MARICOPA** COMMUNITY COLLEGES

I understand that this is only a request for FMLA. Determination of eligibility and approval will be done by the Leaves Administration Department. Industrial leave and disability benefits will run concurrently with FMLA where applicable.

### EMPLOYEE INFORMATION

| | | |
|---|---|---|
| EMPLOYEE NAME: James Rogers | EMPLOYEE ID#: 15049795 | DATE: 02/06/2017 |
| HOME ADDRESS: 2846 E Glencove | CITY, STATE & ZIP CODE: MESA AZ 85213 | |
| DAYTIME PHONE: 480 323 9904 | ALT PHONE: 480 830 2004 | ALT/PERSONAL E-MAIL: Jr1957@Gmail.com |
| SUPERVISOR: | SUPERVISOR'S PHONE: | COLLEGE/CAMPUS: Gateway |
| PREFERRED CONTACT METHOD: ⊗ Email  ⊗ Phone  ○ US Mail | | DEPARTMENT NAME: Disability - |
| ARE YOU AN ADJUNCT FACULTY MEMBER: ○ Yes  ⊗ No | | STANDARD HOURS ACCOUNTABLE PER WEEK: 40 |

### TYPE OF LEAVE REQUESTED

| | | |
|---|---|---|
| [✓] BLOCK OF TIME | [ ] INTERMITTENT * * * MUST BE RENEWED ANNUALLY* * * | [ ] REDUCED LEAVE SCHEDULE PLEASE ATTACH PROPOSED SCHEDULE |

### LEAVE DATES

| | | |
|---|---|---|
| LEAVE BEGINS: 2-6-17 | ANTICIPATED RETURN DATE: 8-1-17 | LAST DAY WORKED: 2-6-17 |

### COMPENSATION DURING LEAVE

IF YOU ARE AN EMPLOYEE WHO HAS COMPENSATORY TIME (COMP TIME) AVAILABLE AND WOULD LIKE TO USE IT DURING THIS LEAVE, PLEASE CHECK THE BOX BELOW.

[ ] I have compensatory time available and I request to use this time to be paid to me during this leave.

IF YOU HAVE CHECKED THE BOX ABOVE, SUBMIT A RECORD OF COMPENSATORY TIME YOU HAVE ACCRUED WITH THIS LEAVE REQUEST. PAID LEAVE THAT IS USED IN CONJUNCTION WITH FMLA WILL BE COUNTED TOWARD THE EMPLOYEES' FMLA ENTITLEMENT. WHEN ACCRUED PAID LEAVE IS EXHAUSTED, THE EMPLOYEE WILL BE PLACED IN AN UNPAID STATUS. PAID LEAVE WILL BE UTILIZED IN THE FOLLOWING ORDER:

1. SICK LEAVE
2. VACATION LEAVE
2. BANKED VACATION
3. COMPENSATORY TIME (ONLY IF REQUESTED BY THE EMPLOYEE)

THE ATTACHED HEALTH CARE PROVIDER VERIFICATION IS REQUIRED FOR FMLA QUALIFYING LEAVE AND MUST BE PROVIDED WITHIN FIFTEEN (15) CALENDAR DAYS OF THE DATE OF THIS REQUEST. DUE BY  02/21/2017

IF YOU FAIL TO PROVIDE THE COMPLETED HEALTH CARE PROVIDER CERTIFICATION FORM BY THE DEADLINE, YOUR LEAVE MAY BE DENIED (OR DELAYED IF IT IS AN ONGOING CONDITION). HOWEVER, IF EXTENUATING CIRCUMSTANCES PREVENT THE RETURN OF THE CERTIFICATION FORM WITHIN THE TIME ALLOWED, CALL LEAVES ADMINISTRATION BEFORE THE 15 DAY DEADLINE. YOU ARE RESPONSIBLE FOR ANY FEES, CO-PAYS, OR EXPENSES RELATED TO OBTAINING MEDICAL CERTIFICATION.

## FMLA Leave Requirements – Please initial where applicable, sign and date below.

_____ Initials • I understand that I am required to notify my supervisor of my intent to apply for FMLA and that upon receipt of the leave request by the Leaves department, a provisional approval email will be sent to my supervisor and HR department within three business days.

_____ Initials • I understand that falsification of FMLA/LOA documentation will result in disciplinary action, up to and including termination.

_____ Initials • I understand that while absent on FMLA, I am not permitted to do any work on behalf of MCCCD.

_____ Initials • I understand that accrued time will be exhausted in the following order: Sick, Vacation, Banked Vacation and only if elected, Compensatory Time.

_____ Initials • I understand that if I have exhausted all accrued time, I will be placed in an unpaid status.

_____ Initials • I understand that employee contributions may be required to continue health insurance if I am placed in an unpaid status. The Benefits Department will notify me, in writing, at the beginning of the unpaid leave period as to the amount and method of payment.

_____ Initials • I understand that if there is a change in the amount of leave required, I must notify the Leaves Administration Department. Additional documentation from the physician(s) may be required.

_____ Initials • I understand that I am required to provide a "Fitness for duty" form prior to returning to work, if this leave was for my own illness. I will provide the form to the Leaves Administration office three business days prior to returning. (Not applicable for Intermittent Leaves or Adoption/Foster placements)

_____ Initials • I understand that all documentation must be submitted by the due date noted or the approval may be delayed or the leave may be rescinded. It is my responsibility to ensure that the documentation is submitted in a timely matter.

_____ Initials • I understand that if my FMLA is rescinded, all rights provisionally extended to me will be rescinded. I may re-apply and the FMLA will be effective at the time of my application and will not be dated for a time in the past.

_____ Initials • I understand that Intermittent Leaves must be renewed annually and it is my responsibility to contact the Leaves department to renew my leave. (Intermittent Leaves Only)

For short-term disability benefits (day 15-90), contact MetLife at 1-800-769-4638. If you are still disabled and have exhausted all of your accrued time after 90 days, you may be eligible for mid-term disability benefits (day 91-180) through MetLife.

_____            _____
(Signature of Employee)                                    4/25/17
                                                                      (Date)

**Please submit this form to the leaves department no later than: 02/08/2017**

EXHIBIT C

5/5/2017                    Maricopa Community College District Mail - FMLA Exhausts on 06/14/2017 - Transition to ADA Health Leave


**MARICOPA**
COMMUNITY COLLEGES

Alyssa Brown <alyra83181@domail.maricopa.edu>

## FMLA Exhausts on 06/14/2017 - Transition to ADA Health Leave
1 message

Leaves Admin <fmla-leaves@domail.maricopa.edu>
To: jr1957@gmail.com                                                    Tue, Apr 25, 2017 at 4:52 PM
Cc: Alyssa Brown <alyssa.brown@domail.maricopa.edu>

Hello James,

We did receive medical documentation extending your FMLA leave.

Your FMLA year renewed on 03/22/2017 and you are eligible for your new FMLA year of 03/22/2017
-03/21/2018. Attached is your notice of eligibility to apply for FMLA. This is for your records only and
does not need to be returned to our office.

Due to the length you need to be on leave for your serious health condition your 12 weeks of FMLA will
exhaust on 06/14/2017. You will then transition to a ADA health leave for the remainder of your leave.

Your ADA coordinator is Alyssa Brown and she will assist you with your transition. She is CC'd to this
email if you have any questions for her.

Also attached is your designation notice since it is a new year of FMLA for you. It is for your records
only as well.

Thank you,
Leaves Admin Team


**MARICOPA**
COMMUNITY COLLEGES

**Leaves Administration**
HR Administration
2411 West 14th Street, Tempe AZ 85281
phone | 480-731-8448 fax | 480-731-8956
email | fmla-leaves@domail.maricopa.edu
website | https://www.maricopa.edu

Confidentiality Notice: This email, including attachments, may information which is protected by the Health Insurance Portability and Accountability Act
(HIPAA) and, as such, the use and communication of its content should only be conducted within its guidelines. As such, dispensing of this information
should only be to individuals on a need-to-know basis. If the recipient of this message is not the intended recipient, or the employee or agent
responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly
prohibited. If you have received this communication in error, please immediately forward the original back to the sender and delete this e-mail
immediately.

2 attachments

📄 **NOE - J. Rogers.pdf**
762K

📄 **DN - J. Rogers.pdf**
148K

Notice of Eligibility and Rights &
Responsibilities
(Family and Medical Leave Act)



**MARICOPA COMMUNITY COLLEGES®**

Date: 4/25/17

TO: James Rogers      15049795
_____      _____
Employee             Employee ID #

FROM: Leaves Administration Department

SUBJECT: Request for Family Medical Leave
_____

On ____04/25/2017____, you notified us of your need to take FMLA ✔ Block; _____ Intermittent _____ Reduced Leave; _____ Military for:

_____ The birth of a child, or placement of a child with you for adoption or foster care;

✔ Your own serious health condition;

_____ Because you are needed to care for your _____ spouse; _____ child; _____ parent due to his/her serious health condition.

_____ Because of a qualifying exigency arising out of the fact that your _____ spouse; _____ son or daughter; _____ parent is on active duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserves.

_____ Because you are the _____ spouse; _____ son or daughter; _____ parent; _____ next of kin of a covered servicemember with a serious injury or illness.

This Notice is to inform you that you:

✔ Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

_____ Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

     _____ You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately _____ months towards this requirement.

     _____ You have not met the FMLA's 1,250-hours-worked requirement.

Your FMLA request _____ has _____ has NOT been provisionally approved.

If you have any questions, contact   Leaves Department at (480)731-8448 or fmla-leaves@domail.maricopa.edu

## PART B - RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by _____Already Received_____. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

_____ Sufficient certification to support your request for FMLA leave. A Health Care Provider Certification form (HCPC) that sets forth the information necessary to support your request _____ is _____ is NOT enclosed.

_____ Sufficient documentation to establish the required relationship between you and your family member.

_____ Other information needed: _____
_____

_____ No additional information requested

Page 1 of 2

**If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):**

✔     During your FMLA leave you may go into an unpaid status due to exhaustion of leave accruals. If you are notified that you are in an unpaid status, please contact benefits to make arrangements to continue to make your share of the premium payments on in order to maintain benefits while you are on leave. You have a minimum 30-day grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

✔     MCCCD requires employees on an approved leave of absence to use all applicable paid leave before going on an unpaid leave of absence. Sick leave, vacation leave, paid holiday leave, or other paid leave continue to be earned while an employee is in active pay status, but are not earned by or paid to an employee while on a leave of absence without pay.

_____     Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We ____ have ____ have NOT determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

_____     While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every _____. (Indicate interval of periodic reports, as appropriate for the particular leave situation).

**If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:**

- You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as the 12-month period measured forward from the date of your first FMLA leave usage. Your 12-month period is **03/22/2017-03/21/2018** .

- You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on _____

- Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

- You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) You may be liable for payment of flex benefits coverage premiums paid by MCCCD during the FMLA unpaid leave.

_____Additional Comments:_____

_____

_____

_____

_____

Page 2 of 2

## Designation Notice
(Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 5/31/2018

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form by employers is optional, a fully completed Form WH-382 provides an easy method of providing employees with the written information required by 29 C.F.R. §§ 825.300(e), 825.301, and 825.305(c).

To: **James Rogers**

Date: 04/25/2017

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided. We received your most recent information on __04/25/2017__ and decided:

___✔___ Your FMLA leave request is approved. All leave taken for this reason will be designated as FMLA leave.

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:

___✔___ Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement: __12 weeks__

_____ Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).

**Please be advised (check if applicable):**

_____ You have requested to use paid leave during your FMLA leave. Any paid leave taken for this reason will count against your FMLA leave entitlement.

___✔___ We are requiring you to substitute or use paid leave during your FMLA leave.

___✔___ You will be required to present a fitness-for-duty certificate to be restored to employment. If such certification is not timely received, your return to work may be delayed until certification is provided. A fitness-for-duty form __✔__ is ___ is **not** attached.

_____ **Additional information is needed to determine if your FMLA leave request can be approved:**

_____ The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request. You must provide the following information no later than _____, unless it is not
(Provide at least seven calendar days)
practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.

(Specify information needed to make the certification complete and sufficient)

_____ We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will provide further details at a later time.

_____ Your FMLA Leave request is Not Approved.
_____ The FMLA does not apply to your leave request.
_____ You have exhausted your FMLA leave entitlement in the applicable 12-month period.

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617; 29 C.F.R. §§ 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 – 30 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.**

Form WH-382 January 2009

EXHIBIT D

Maricopa Community College District Mail - Disability status

1


**MARICOPA**
COMMUNITY COLLEGES

Sheri Klein <shexl07101@domail.maricopa.edu>

## Disability status
1 message

**James Rogers** <jr1957@gmail.com>
To: Sheri Klein <sheri.klein@domail.maricopa.edu>
Cc: Jim Barton <james@thetorresfirm.com>

Thu, Jul 20, 2017 at 9:10 AM

Hi Sheri, this is a letter from my doctor that you requested. Thank you take care be blessed. Jr

Sent from my iPhone


**Image1.PNG**
166K

●●○○○ Sprint  LTE                    8:55 AM

# Done          07192017205014.pdf

**Janet Messer, PhD**

424 E. Southern Ave., Ste. 102,                                                   480-
Tempe, AZ 85282                                                                   Fax 480-

July 19, 2017

To Whom It May Concern:

I am writing this letter to inform you that James A. Rogers is under medical care with me. professional opinion that he should not return to work at this time. It is best if his return-to be set for October 1.

Please feel free to contact me if necessary in regard to Mr. Rogers.

Sincerely,

Janet Messer, Ph.D.
AZ Licensed Psychologist #3420



449-3313
:225-7185

It is my
~work date

EXHIBIT E

Maricopa Community College District Mail - Doctors letter                                                    1

 **MARICOPA**
COMMUNITY COLLEGES
                                                            Sheri Klein <shexi07101@domail.maricopa.edu>

## Doctors letter
1 message

**James Rogers** <jr1957@gmail.com>                                    Fri, Nov 3, 2017 at 9:28 AM
To: sheri.klein@domail.maricopa.edu
Cc: Jim Barton <james@thetorresfirm.com>

I meet again with the doctor on Monday at 11:30 and I am going to ask her to review my possible return to work. Thank you.
JR

Sent from my iPhone


**IMG_1671.jpg**
63K

Janet Messer, Ph.D.
Licensed Psychologist

424 E. Southern Ave. Ste. 102
Tempe, Arizona 85282
Phone 480-449-3313

October 29, 2017

To Whom It May Concern:

I am writing to inform you that James Rogers is still in treatment with me for PTSD and Panic Disorder. He is not ready to return to work because his symptoms are still too severe to allow him to function easily in a work environment. At this point I cannot predict when he will be recovered enough to return to work.

Sincerely,

Janet Messer, Ph.D.
Licensed Psychologist AZ # 3420

EXHIBIT F

Maricopa Community College District Mail - Fwd: letter attached          (                    1

 **MARICOPA**
COMMUNITY COLLEGES

Sheri Klein <shexl07101@domail.maricopa.edu>

## Fwd: letter attached
1 message

**James Rogers** <jr1957@gmail.com>
To: sheri.klein@domail.maricopa.edu

Mon, Nov 6, 2017 at 2:19 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Janet Messer <drjanetmesser@yahoo.com>
> **Date:** November 6, 2017 at 1:32:11 PM MST
> **To:** James Rogers <jr1957@gmail.com>
> **Subject: letter attached**
> **Reply-To:** Janet Messer <drjanetmesser@yahoo.com>

Janet Messer, Ph.D.
drjanetmesser@yahoo.com
480-449-3313

JR letter 11-6-17.docx
76K

(                                           (

.

**Janet Messer, Ph.D.**
**Licensed Psychologist**

424 E. Southern Ave., Ste. 102
Tempe, AZ, 85282

TEL: 4449-3313
FAX: 480-775-7185

Nov. 6, 2017

To Whom It May Concern:

I am writing to inform you that James Rogers is still in treatment with
me for PTSD and Panic Disorder. He is not ready to return to work
because his symptoms are still too severe to allow him to function easily
in a work environment. We have set a goal for him to return to work on
Jan. 1, 2018. With continued psychotherapy, I think that is possible.

I strongly recommend that Mr. Rogers not return to his previous job
site, Gateway Community College. My professional opinion is that
working at that location would cause severe mental/emotional stress
for him and complicate his recovery.

This letter is sent by email and a signed copy will be provided to the
client at his next appointment.

Sincerely,

Janet Messer, PhD
AZ Psychologist #3420

EXHIBIT G

( **DISTRICT USE ONLY** (

Name Nico, Jill        SS# ████-5096        Empl ID  15003619

| Action REH | Reason BIS | Employee Class NonFac<6 | Beginning Date 06/22/2017 | Ending Date 12-31-2017 | Position ID 20000314 | Job Code |
|---|---|---|---|---|---|---|
| Grade 016 | Step 2 | | BiWeekly Rate $2,082.38 | Assignment Amount | Annual Rate $54,142 | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| Grade | Step | | BiWeekly Rate | Assignment Amount | Annual Rate | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| Grade | Step | | BiWeekly Rate | Assignment Amount | Annual Rate | |

| Cal.ID 12 | FTE 1.00 | Prob. Period | Sick Leave Payoff? Hours: Current / Prior / Total | Vacation Payoff? Hours: Current / Prior / Total |
|---|---|---|---|---|

Sab-batical Type    Eligibility Date    Start

Faculty Provisional Status

ASRS:  YES  NO
District/Agency:
Retirement Date:

| Service Date 06/22/2017 | Protective Service Date | College 003 |
|---|---|---|

Board Date

Comments:
REH - BIS
MAT level NonFac<6
EJED: 12/31/2017
No probation

Absence Reconciliation Complete

Record #        Tax Multiplier

Processed by        Date Processed

Sick Leave Current Amount        Sick Leave Prior Amount

Assign ID        Assign ID

Vacation Current Amount        Vacation Prior Amount

Assign ID        Assign ID

Tax Multiplier        Date Processed

Adjustments

Termination Reason

HR Preparer CWynn  Date 6-12-17
HR Approval M. Davis  Date 6.13.17

*INITIAL IN APPROPRIATE BOX*

| Benefits | Budget (SPF) | Emp. Relations | Employment | Payroll | Personnel File | Wage/Salary |
|---|---|---|---|---|---|---|

Revised dk 7/18/00

**Earnings Code**

**Total Hours**

Position charge to:
FRS # 1        100 %
OGF #1  110-200-143000-51220
FRS # 2        %
OGF# 2
FRS# 3        %
OGF#3

Maricopa Community Colleges    2411 W. 14th Street    Tempe AZ 85281-6942    Human Resources Division
Fax - 480-731-8599/8704        1/29/99pf



June 13, 2017

Jill Nico
25338 W Riverside Street
Buckeye, AZ 85326

Dear Jill,

Welcome to Maricopa County Community Colleges, a great place to work! We wish you much success at Maricopa.

Congratulations on being offered and accepting the position of Manager Disability Resources, starting 06/22/2017, receiving a bi-weekly rate of $2,082.38. In this position you will report to Vivian Strawbridge at Gateway Community College. This is a temporary position with an expected end date of 12/31/2017.

Please visit the New Employee Information Website to access documents new employees must review and complete. The website will guide you through processes related to benefits, how and when you are paid, policies and provisions. You are encouraged to familiarize yourself with the Blue Book and Staff Policy Manual located on the Human Resources Website Policies page.

Per IRS regulations, employees must sign up for their benefits prior to their benefit start date. If you have not signed up for benefits and submitted all required documentation by your eligibility date, you will automatically be enrolled in the "Core Plan" as employee only medical coverage with no additional voluntary benefits. For this reason please be sure to review information on the New Employee Information Website and select the level of coverage you need.

New Employee Orientation (NEO) is conducted in the Governing Board Room at MCCCD District office located at 2411 W. 14th Street, Tempe AZ. The date and time of your scheduled NEO will be sent via email. NEO is designed to acquaint new employees with a district-wide perspective about the colleges and services the Maricopa County Community College system encompasses, MCCCD governance, and employee resources. At NEO, you will meet one-on-one with a Benefits Analyst to answer questions, provide assistance as needed, and accept required documents. For additional benefit questions please contact our benefit specialists at rx@domail.maricopa.edu or call 480-731-8457.

Salary placement is based on education and/or experience. If applicable, employment verifications are required to support salary placement and must be received within thirty (30) calendar days after your start date. Additional items as outlined on page 2 may require your attention. After reviewing the action items, contact me if you have questions or need more information.

Your signature on page 2 acknowledges acceptance of the job offer and your responsibility to complete action items. To finalize your new hire status, the signed acknowledgment must be received within 5 working days. Return a copy of page 2 to me via email, fax, or delivery per instructions at the bottom of page 2.

Sincerely,

**Carolyn Worthington**
Sr. HR Analyst
Strategic Staffing , 480-731-8472

Attachments

EXHIBIT H

# DISTRICT USE ONLY

Name Rogers, James A.          SS# ▮▮▮▮-1429          Empl ID  15049795

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| PLA ✓ | FML ✓ | MAT ✓ | 02/06/2017 | 03/24/2017 | 20004122 ✓ | 1146 |
| Grade 15 ✓ | Step 4 ✓ | BiWeekly Rate $2,327.38 | | Assignment Amount | Annual Rate | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| LOA ✓ | FML ✓ | MAT | 03/27/2017 ✓ | | 20004122 ✓ | 1146 |
| Grade 15 ✓ | Step 4 ✓ | BiWeekly Rate $0.00 | | Assignment Amount | Annual Rate | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| | | | | | | |
| Grade | Step | BiWeekly Rate | | Assignment Amount | Annual Rate | |

Cal. ID 12 ✓   FTE 1.00 ✓   Prob. Period 09/27/13

Sab-batical  Type    Eligibility Date    Start

Faculty Provisional Status

ASRS:  YES  NO
District/Agency:
Retirement Date:

| Service Date 3/27/2013 | Protective Service Date | College 003 |
|---|---|---|

Board Date  3/26/13

Comments:
Paid FMLA eff 02/06/2017-03/24/2017; Disability eligible
Unpaid FMLA eff 03/27/2017; Disability eligible

Termination Reason

Sick Leave Payoff?
Hours: Current _____
       Prior _____
       Total _____
Absence Reconcilliation Complete

Vacation Payoff?
Hours: Current _____
       Prior _____
       Total _____
Date

Record # 0 ✓

Tax Multiplier

Processed by

Date Processed

Sick Leave Current Amount _____
Assign ID _____

Sick Leave Prior Amount _____
Assign ID _____

Vacation Current Amount _____
Assign ID _____

Vacation Prior Amount _____
Assign ID _____

Tax Multiplier          Date Processed

Adjustments

HR Preparer  A. Salazar   Date 2/13/17
HR Approval  A. Walker    Date 2/13/17

INITIAL IN APPROPRIATE BOX

| Benefits | Budget (SPF) | Emp. Relations | Employment | Payroll | Personnel File | Wage/Salary |
|---|---|---|---|---|---|---|
| | | | | ✓ 2/15/17 | | |

Revised dk 7/16/00

Earnings Code

Total Hours

Position charge to:

FRS # 1      ✓  100  %
OGF #1  110-200-143000-51220

FRS # 2                    %
OGF# 2

FRS# 3                     %
OGF#3

FEB 14 2017 PM1:53

Maricopa Community Colleges   2411 W. 14th Street   Tempe AZ 85281-6942   Human Resources Division
Fax - 480-731-8599/8704                                                    1/29/99pf

## DISTRICT USE ONLY

Name  Rogers, James A.          SS#  ____1429          Empl ID  15049795

| Action PLA | Reason FML | Employee Class MAT | Beginning Date 3/22/2016 | Ending Date 4/10/2016 | Position ID 20004122 | Job Code 1146 |
|---|---|---|---|---|---|---|
| Grade 15 | Step 3 | BiWeekly Rate $2,188.05 | Assignment Amount | Annual Rate | | |

| Action PLA | Reason RLS | Employee Class MAT | Beginning Date 4/11/2016 | Ending Date 4/15/2016 | Position ID 20004122 | Job Code 1146 |
|---|---|---|---|---|---|---|
| Grade 15 | Step 3 | BiWeekly Rate $2,188.05 | Assignment Amount | Annual Rate | | |

| Action PLA | Reason INT | Employee Class MAT | Beginning Date 4/18/2016 | Ending Date 5/20/2016 | Position ID 20004122 | Job Code 1146 |
|---|---|---|---|---|---|---|
| Grade 15 | Step 3 | BiWeekly Rate $2,188.05 | Assignment Amount | Annual Rate | | |

| Cal.ID 12 | FTE 1.00 | Prob. Period 09/27/13 | Sick Leave Payoff? Hours: Current __ Prior __ Total __ | Vacation Payoff? Hours: Current __ Prior __ Total __ |
|---|---|---|---|---|

| Sab-batical Type | Eligibility Date | Start | Absence Reconcilliation Complete | Date |
|---|---|---|---|---|

Faculty Provisional Status

ASRS:  YES  NO

District/Agency:

Retirement Date:

| Service Date 3/27/2013 | Protective Service Date | College 003 |
|---|---|---|

Record # ___ Null

Board Date  3/26/13

Comments:

ee on paid FMLA eff 3/22/16 - 4/10/16. ee is disability eligible.

ee on paid Reduced Leave Schedule eff 4/11/16 - 4/15/16. ee to work 4 to 6 hours per day and report 2 to 4 hours of FMLA.

ee on paid INT FMLA EFF 4/18/16 - 5/20/16

Termination Reason

Processed by ___  Date Processed ___

Sick Leave Current Amount ___  Sick Leave Prior Amount ___

Assign ID ___  Assign ID ___

Vacation Current Amount ___  Vacation Prior Amount ___

Assign ID ___  Assign ID ___

Tax Multiplier ___  Date Processed ___

Adjustments

HR Preparer NPludington  Date 4/11/16

HR Approval NPludington  Date 4/11/16

INITIAL IN APPROPRIATE BOX

| Benefits | Budget (SPF) | Emp. Relations | Employment | Payroll MLC 4/24/16 | Personnel File | Wage/Salary |
|---|---|---|---|---|---|---|

Revised dk 7/18/00

## Earnings Code

**Total Hours**

APR 22 2016 4:51

Position charge to:

FRS # 1          100 %
OGF #1  110-200-143000-51220

FRS # 2          %
OGF# 2

FRS# 3          %
OGF #3

## DISTRICT USE ONLY

Name Rogers, James A. ✓    SS# �— 1429 ✓    Empl ID  15049795 ✓

| Action PLA ✓ | Reason FML ✓ | Employee Class MAT ✓ | Beginning Date 6/25/2014 ✓ | Ending Date 7/18/2014 ✓ | Position ID 20004122 ✓ | Job Code 1144 ✓ |
|---|---|---|---|---|---|---|
| Grade 15 ✓ | Step 3 ✓ | | BiWeekly Rate 2,174.67 ✓ | Assignment Amount | Annual Rate | |

| Action PLA ✓ | Reason RLS ✓ | Employee Class MAT ✓ | Beginning Date 07/21/2014 ✓ | Ending Date 08/01/2014 | Position ID 20004122 ✓ | Job Code 1146 ✓ |
|---|---|---|---|---|---|---|
| Grade 15 ✓ | Step 3 ✓ | | BiWeekly Rate 2,196.44 ✓ | Assignment Amount | Annual Rate | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| Grade | Step | | BiWeekly Rate | Assignment Amount | Annual Rate | |

| Cal.ID 12 ✓ | FTE 1.00 ✓ | Prob. Period 09/27/13 | | Sick Leave Payoff? | Vacation Payoff? |
|---|---|---|---|---|---|

| Sab-batical | Type | Eligibility Date | Start |
|---|---|---|---|

Hours:  Current / Prior / Total (Sick Leave)
Hours: Current / Prior / Total (Vacation)

Faculty Provisional Status

ASRS:   YES   NO
District/Agency:
Retirement Date:

Absence Reconciliation Complete        Date

Record #  *D-MC*     Tax Multiplier

| Service Date 3/27/2013 ✓ | Protective Service Date | College 003 |
|---|---|---|

Processed by        Date Processed

Sick Leave Current Amount        Sick Leave Prior Amount

Board Date  3/26/13

Assign ID        Assign ID

Comments:
Paid FMLA effective 06/25/2014.  EE Disability Eligible.

Paid Reduced Leave Schedule eff 07/21/2014. EE to work 4 hours per day and report 6 hours of FMLA.

Vacation Current Amount        Vacation Prior Amount

Assign ID        Assign ID

Tax Multiplier        Date Processed

Adjustments

Termination Reason

HR Preparer        Date

HR Approval  *M. Camacho*        Date 7/21/14

### INITIAL IN APPROPRIATE BOX

| Benefits | Budget (SPF) | Emp. Relations | Employment | Payroll *AC 7/30/14* | Personnel File | Wage/Salary |
|---|---|---|---|---|---|---|

Revised dk 7/18/00

**Earnings Code**

**Total Hours**

Position charge to:

FRS # 1        100  %
OGF #1  110-200-143000-51220 ✓

FRS # 2        %
OGF# 2

FRS# 3        %
OGF #3

[ STRICT USE ONLY

Name Rogers, James A.          SS# ▮▮▮1429          Empl ID  15049795

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| XFR | EXT | MAT | 03-18-13 | | 20004122 | 1140 |

| Grade | Step | | BiWeekly Rate | Assignment Amount | Annual Rate | |
|---|---|---|---|---|---|---|
| 15 | 3 | | $2,129.81 | | $55,375 | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| XFR | BRD | MAT | 03/27/13 | | 20004122 | |

| Grade | Step | | BiWeekly Rate | Assignment Amount | Annual Rate | |
|---|---|---|---|---|---|---|
| 15 | 3 | | $2,129.81 | | $55,375 | |

| Action | Reason | Employee Class | Beginning Date | Ending Date | Position ID | Job Code |
|---|---|---|---|---|---|---|
| | | | | | | |

| Grade | Step | | BiWeekly Rate | Assignment Amount | Annual Rate | |
|---|---|---|---|---|---|---|
| | | | | | | |

Cal.ID 12   FTE 1.00   Prob. Period 09/27/13

Sab-batical Type    Eligibility Date    Start

Faculty Provisional Status

ASRS:  YES  NO
District/Agency:
Retirement Date:

Service Date 3/27/2013   Protective Service Date   College 003

Board Date   3/26/13

Comments:
Adj/temp hired to MAT position through the external posting process.
6 month probationary period
Exception approval - memos on file.

Termination Reason

**Sick Leave Payoff?**
Hours: Current ____
Prior ____
Total ____

Absence Reconciliation Complete

Record # 2   Jan 3-4-13
Processed by
Sick Leave Current Amount ____
Assign ID ____
Vacation Current Amount ____
Assign ID ____
Tax Multiplier
Adjustments

**Vacation Payoff?**
Hours: Current ____
Prior ____
Total ____

Date

Tax Multiplier

Date Processed

Sick Leave Prior Amount ____
Assign ID ____
Vacation Prior Amount ____
Assign ID ____
Date Processed

HR Preparer  r. Rawe   Date 02-26-13
HR Approver  _____   Date 2-27-13

INITIAL IN APPROPRIATE BOX

| Benefits | Budget (SPF) | Emp. Relations | Employment | Payroll | Personnel File | Wage/Salary |
|---|---|---|---|---|---|---|
| | | | | 3/5/13 | | |

Revised dk 7/18/00

Earnings Code

Total Hours

RECEIVED
APR 0 8 2013
EMPLOYEE SERVICES

Position charge to:

FRS # 1                    100  %
OGF #1  110-200-143000-51220

FRS # 2                         %
OGF# 2

FRS# 3                          %
OGF #3

Maricopa Community Colleges    2411 W. 14th Street    Tempe AZ 85281-6942
Fax - 480-731-8599/8704

Human Resources Division
1/29/99pf

EXHIBIT I

Maricopa Community College District Mail - Re: Disability status                                    1

 **MARICOPA**
COMMUNITY COLLEGES

Sheri Klein <shexl07101@domail.maricopa.edu>

## Re: Disability status
1 message

Sheri Klein <sheri.klein@domail.maricopa.edu>                                    Wed, Jul 26, 2017 at 8:49 AM
Reply-To: sheri.klein@domail.maricopa.edu
To: James Rogers <jr1957@gmail.com>
Cc: Judy Castellanos <judy.castellanos@domail.maricopa.edu>

Hi JR,

In our conversation, you told me you had heard that the campus had put someone in your position. I told you I was not aware of that, but would look into it for you. I said that if that was the case, an equivalent position would need to be found for when you return.

I have been advised that the person hired at Gateway was hired under a different position number than yours, and is filling some of the gap in the department at this time. Your position is waiting for you upon your return.

<div style="margin-left: 40%;">

**Sheri Klein, SPHR, SHRM-SCP**
**Business Partner**
**HR Solutions Center**

2411 West 14th Street, Tempe AZ 85281
phone | (480) 731-8466 • fax | (480) 731-8956
email | sheri.klein@domail.maricopa.edu
website | www.maricopa.edu

</div>

Maricopa
Community
Colleges. The
college of you.

·  ·  ·  ·  ·  ·

On Thu, Jul 20, 2017 at 7:45 PM, James Rogers <jr1957@gmail.com> wrote:
> She had requested that I give her a letter from my doctor with a return to work date. She said in our conversation that she needed my return to work date so that they would have time to find a position for me

Sent from my iPhone

On Jul 20, 2017, at 9:20 AM, Sheri Klein <sheri.klein@domail.maricopa.edu> wrote:

> Thank you so much for sending me the needed document.

> On Jul 20, 2017 9:10 AM, "James Rogers" <jr1957@gmail.com> wrote:
>> Hi Sheri, this is a letter from my doctor that you requested. Thank you take care be blessed. Jr

>> Sent from my iPhone