EXHIBIT 3

# UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County
Community College District

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual, | NO. CV 2018-00605-PHX-GMS |
| v. | **DECLARATION OF RUBEN SAENZ** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual, | |
| s. | |

Ruben Saenz states:

I am over the age of 18 years and am competent to testify to the matters set forth herein.

I am currently employed by the Maricopa County Community College District. ("District"). I am the GateWay Community College ("GateWay") Student Services Director, which was previously called the Director of Student Success and Retention. I have served in that position for approximately three years at GateWay.

I have a master's degree in social work ("MSW").

When Plaintiff James Rogers was placed on FMLA leave, I was asked to fill in for him as the Field Supervisor for ASU School of Social Work interns by GateWay's Vice

President of Student and Academic Affairs Dr. Maria Wise and Dean of Student Success and Retention Dr. Vivian Miranda.

To serve as the Field Representative for the ASU Internship program one needed an MSW which I have. After I applied, I was certified by ASU to serve as the Field Supervisor for the ASU Internship program at GateWay. This was a temporary assignment for me and I always anticipated that when Plaintiff James Rogers was able and willing to do so, he would resume his service as the Field Supervisor for the ASU Internship program.

When I was originally asked to fill in temporarily as the Field Supervisor, there were seven ASU Interns working at GateWay's DRS office. It is my understanding that one of those interns was removed before I started. I was not involved in the removal of that intern. I was only responsible to supervise six ASU Interns.

After I spoke with each of the ASU Interns who I would oversee, and with the consent of ASU's Tom Haines, on or about March 10, 2017 I announced the plan for placement of the ASU Interns. Four of the ASU Interns were placed into departments other than DRS. These placements were done based upon the stated desire by the interns. Two of the interns remained working in DRS. A true and accurate copy of my March 10, 2017 email with the attached plan is attached hereto as Exhibit A.

After March 10, 2017, one of the ASU Interns, Tammy Adams, did work for DRS for a period of time.

No changes were made to the ASU Internship program other than if one considers the assignment of the interns to other departments at GateWay as a change.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on May 3, 2018.

_____
Ruben Saenz

5163284.1
109883.024

# EXHIBIT A

| | |
|---|---|
| **From:** | Ruben Saenz |
| **To:** | Anthony Amezquita; t.barrett@gatewaycc.edu; Taylor Barrett; Tammy Adams; Gloria Carlson; Myki602; Mark Ledingham |
| **Cc:** | Ruben Saenz; Vivian Miranda-Strawbridge; Maria Wise; Sarah Leitz; Cindi Tanner; Jessica Goodman; Tiffany Wimbish; Kathy.Patterson@gatewaycc.edu; Maria Palacio; Debbie Macias; Manuel Dallago; Maribel Gonzalez |
| **Subject:** | ASU Social Work Interns |
| **Date:** | Friday, March 10, 2017 3:43:18 PM |
| **Attachments:** | ASU.Internship.Placement.2017.xlsx |

Hello Everyone,
On behalf of Gateway, I would like to thank everyone for your time and collaboration with the ASU Social Work Internship placements. We are truly delighted to have this opportunity to connect our interns with such wonderful departments and learning experiences. Attached for your review is the ASU Internship Placement spreadsheet. Interns, please report to the DRS office on Monday, March 13th as your home base then connect with the various departments that you were assigned to. I have spoken to every department and they will be expecting you to reach out to them. The HUG Clinic will be closed next week, however Tiffany Wimbish will be available to conduct an orientation and canvas HEPA training.

If you have any questions, please email me next week as I will be off working on my dissertation at home.

Thank you and have a wonderful weekend.

*Ruben Saenz,* **MSW**
**Director of Student Success and Retention**
ruben.saenz@gatewaycc.edu
602-286-8032


*A Maricopa Community College*

3/13/2017

# ASU Internship Placements

| Department: | Contact: | Phone: | Students: | Projects: |
|---|---|---|---|---|
| Early Alert | Sarah Hanely | 602-286-8179 | Tammy Adams | Student Interventions, Early Alert, Database, Shadow |
| DRS | Cindi Tanner<br>Dr. V. Mranda | (602) 434-6139 | Anthony Amezquita<br>Taylor Barrett | Proctor Exams, testing appointments, referrals, etc. |
| HUG Clinic | Dr.Jessica Goodman<br>Tiffany Wimbish | 602-286-8510<br>602-28608506 | Mark Ledingham | Assessments, community resource guide, shadowing, etc. |
| Student Life | Jessie Palacio<br>Debbie Macias | (602) 286-8141<br>**(602) 286-8142** | Calvin Cook | Food pantry, Genocide Awareness week, resource guide |
| Veterans Center | Manny Dallgado | (602) 286-8073 | Gloria Carlson | Voc Rehab, resource guide, job shadowing, etc. |

MCCCD-T 2292