# EXHIBIT 5

UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County Community College District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

James Rogers, an individual,

Plaintiff,

v.

Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual,

Defendants.

NO. **CV 2018-00605 PHX-GMS**

**DECLARATION OF DAVID R. SCHWARTZ**

David R. Schwartz states:

1. I am over the age of 18 years and am competent to testify to the matters set forth herein.

2. I am a duly licensed attorney and am lead counsel for Defendants Maricopa County Community College District, Maria Wise and Vivian Miranda-Wendelken.

3. Attached hereto as Exhibit A is a true copy of an e-mail I received from Plaintiff's attorney's office with a copy of the November 30, 2017 Notice of Right to Sue letter attached.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 7, 2018.

David R. Schwartz

5170542.1
109883.024

# EXHIBIT A

**David Schwartz**

| | |
|---|---|
| **From:** | Monse Vejar <Monse@thetorresfirm.com> |
| **Sent:** | Friday, April 20, 2018 10:44 AM |
| **To:** | David Schwartz; Kim Kershner |
| **Cc:** | Jim Barton |
| **Subject:** | Rogers v MCCCD |
| **Attachments:** | 2017.11.30 RTS letter.pdf |

Good morning,
Attached is a copy of the Right to Sue letter for Mr. Rogers. If you have any questions please feel free to contact me.

Thank you,

*Monse Vejar*
Legal secretary
Torres Law Group
2239 W. Baseline Road
Tempe, AZ 85283
P: (480) 588-6120 ext. 150
E: monse@thetorresfirm.com



RECEIVED DEC 07 2017

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5071 7315

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4701*
*Washington, DC 20530*

November 30, 2017

Mr. James Rogers
c/o James E. Barton, II, Esquire
Torres Law Group
2239 W. Baseline Rd.
Tempe, AZ 85283

Re: EEOC Charge Against Maricopa County Community College Dist.
No. 540201703479

Dear Mr. Rogers:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under: Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and, Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Phoenix District Office, Phoenix, AZ.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

John M. Gore
Acting Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Phoenix District Office, EEOC
Maricopa County Community College Dist.