# EXHIBIT 6

**UDALL│SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County
Community College District

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual,<br><br>Defendants. | NO. **CV 2018-00605-PHX-GMS**<br><br>**DECLARATION OF ELVIA ESPINOZA** |

Elvia Espinoza states:

1. I am over the age of 18 years and am competent to testify to the matters set forth herein.

2. I am currently employed by the Maricopa County Community College District. ("District"). I have served since 10/30/17, as an Employee Relations Coordinator in the District's HR Solutions Center located in Tempe.

3. When I took over the responsibility for GateWay Community College ("GateWay"), on or about November 14, 2017 I received the ADA file for Plaintiff James Rogers from Sheri Klein.

4. Since that date, I have worked with Plaintiff to obtain an updated resume and with the District's Strategic Staff to try to locate a vacant position for which Plaintiff James Rogers qualified and was willing to accept if he was offered the position.

5. On November 14, 2017 Plaintiff James Rogers called me and told me cannot go back to his previous job because he is "suing his supervisor and because the work environment is an abusive one."

6. I understood from that conversation and other e-mail and phone communications with Plaintiff James Rogers that his request for a reasonable accommodation was that he be reassigned to a different campus/work site. I expressed this understanding in my January 5, 2018 e-mail to Plaintiff James Rogers. A true and accurate copy of that e-mail is attached hereto as Exhibit A.

7. Mr. Rogers did not ever correct or challenge my stated understanding that he was requesting reassignment to a different campus/work site. The positions I discussed with Plaintiff James rogers were all at a different college in the District and were not at GateWay.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on May 2nd, 2018.

_Elvia Espinoza_
Elvia Espinoza

5167476.1
109883.024

2

# EXHIBIT A



Elvia Espinoza <elv2018463@domail.maricopa.edu>

## ADA Reassignment Request
1 message

Elvia Espinoza <elvia.espinoza@domail.maricopa.edu>                                              Fri, Jan 5, 2018 at 3:29 PM
Reply-To: elvia.espinoza@domail.maricopa.edu
To: James Rogers <jr1957@gmail.com>
Cc: Judy Castellanos <judy.castellanos@domail.maricopa.edu>

Good afternoon, Mr. Rogers,

This is a follow-up to our phone conversation on January 3, 2018, regarding the status of your reasonable accommodation request of placing you at a different campus/work site.

As discussed, to date, I have not been able to identify any vacant positions that are within your job classification that you qualify for. I will continue to work with Strategic Staffing to identify equivalent level positions that you qualify for. Moving forward, we discussed the following options:

1. You may reach out to your colleagues at other campuses to inquire if any of them would be interested in swapping campuses with you (voluntary);

2. You will continue to look for and apply for any positions that are posted within the colleges and District Offices that you meet the qualifications for;

3. I will expand my search to include vacant positions of lower classifications that you qualify for.

Because indefinite leave is not a reasonable accommodation, we will need to re-evaluate your request in the near future, considering your physician's restrictions and make a determination on whether you are qualified to perform the essential functions of your job at the Gateway Campus if we are unable to place you in a different position/campus.

In the meantime, I will continue to do my due diligence in accommodating your request.

Please feel free to contact me if you have any questions.

--



**ELVIA ESPINOZA, M.B.A.**
**MARICOPA COMMUNITY COLLEGES**
Employee Relations Coordinator
H.R. Solutions
2411 West 14th Street, Tempe AZ 85281
480-731-8710 |
elvia.espinoza@domail.maricopa.edu
www.maricopa.edu
Tell HR how they're doing!