# EXHIBIT 7

# UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County Community College District

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual,<br><br>Defendants. | NO. CV 2018-00605 PHX-GMS<br><br>**DECLARATION OF REBECCA CURREY** |

Rebecca Currey states:

1. I am over the age of 18 years and am competent to testify to the matters set forth herein.

2. I was previously employed as an Associate General Counsel in the General Counsel's Office for the Maricopa County Community College District ("District"). I am currently retired.

3. On December 21, 2017 I spoke by telephone with attorney James Barton II who was representing Plaintiff James Rogers during the phone call. Barton told me that he believes Plaintiff James Rogers will never return to GateWay Community College

1 ("GWCC"). I advised Barton that the medical evidence did not at this time support the
2 position that Rogers can't return to GWCC. I documented the phone call in an e-mail I
3 sent to the District Human Resources personnel. A true and accurate copy of my e-mail
4 is attached hereto as Exhibit A.

5     I declare under penalty of perjury that the foregoing statements are true and correct.
6     Dated: May 10, 2018.

*Rebecca Currey*

11 5167458.1
12 109883.024

# EXHIBIT A



Elvia Espinoza <elv2018463@domail.maricopa.edu>

# Re: J. Rodgers Status?
1 message

**Rebecca Currey** <rebecca.s.currey@domail.maricopa.edu>  Thu, Dec 21, 2017 at 2:18 PM
Reply-To: rebecca.s.currey@domail.maricopa.edu
To: Barbara Basel <barbara.basel@domail.maricopa.edu>
Cc: Elvia Espinoza <elvia.espinoza@domail.maricopa.edu>, Judy Castellanos <judy.castellanos@domail.maricopa.edu>

I just spoke w/Jim Barton. JR will not return on January 2nd and Barton believes he will never return to GWCC. I told him the medical evidence at this point does not support the position that JR can't return to GWCC. I told him HR cannot identify an open DRS manager position in the District.. Barton will speak with JR to determine if there are other types of positions for which JR qualifies and perhaps HR can assess whether other vacant positions exist. Barton said they plan to file a complaint in the next two weeks. I told him that has been anticipated by the legal department and HR. This may be a case that we can't settle. When Jim Barton responds after speaking with JR, I'll let you know.

On Thu, Dec 21, 2017 at 1:34 PM, Barbara Basel <barbara.basel@domail.maricopa.edu> wrote:

> Becki,
>
> Elvia informed me that J Rodgers medical documentation on file indicates a January 2, 2018 return to work. Our team has not been able to identify a position for him at another college. Chandler-Gilbert would accept him but they don't have open position and GateWay is unwilling to give up the line. Mr. Rogers has not accepted our attempts to contact him.
>
> Would you be willing and able contact him through his attorney and identify what his status is?
>
> Thanks,
>
> Barb
>
> *Tell us how we're doing!*
>
> 
>
> **BARBARA A. BASEL**
>
> **MARICOPA COMMUNITY COLLEGES**
>
> Associate Vice Chancellor for Human Resources
>
> HR Solutions Center
>
> 2411 West 14th Street, Tempe AZ 85281
>
> 480-731-8068 |
>
> barbara.basel@domail.maricopa.edu
>
> www.maricopa.edu



**BECKI CURREY**
**MARICOPA COMMUNITY COLLEGES**
Assistant General Counsel
2411 West 14th Street, Tempe AZ 85281
480-731-8875 | Rebecca.S.Currey@domail.maricopa.edu
https://www.maricopa.edu