Israel G. Torres (#020303)
James E. Barton, II (#023888)
Saman J. Golestan (#031710)
TORRES LAW GROUP, PLLC
2239 West Baseline Road
Tempe, Arizona 85283
480.588.6120
James@TheTorresFirm.com
Saman@TheTorresFirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Rogers and Judy Rogers, | Case No. CV 2018-0605 PHX-GMS |
| Plaintiffs, | |
| v. | **PLAINTIFFS' RESPONSE TO STATEMENT OF FACTS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Maricopa County Community College, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual; | |
| Defendants | |

Plaintiffs James and Judy Rogers submit this response to Defendants' statement of facts for motion for partial summary judgment.

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Undisputed.

10. Disputed to the extent this fact suggests the cardiovascular incidents were limited to prior to his departure. In fact, it is in evidence that the attacks continued after he went on FMLA leave. *See* Hong Decl., Ex. C at 3.

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Undisputed.

20. Undisputed.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed.

25. Disputed. The September 8, 2017 letter attached to Ex. C of the Hong Declaration references specific activity that serve as the basis for Roger's position that his FMLA rights were

violated, including the administration's communicating to him via Ms. Tanner that he had been replaced.

26. Undisputed.

27. Undisputed.

28. Undisputed.

29. Undisputed.

30. Undisputed.

31. Undisputed.

32. Undisputed.

33. Undisputed.

34. Undisputed.

35. Undisputed.

36. Undisputed.

37. Undisputed.

38. Undisputed.

39. Undisputed.

Dated this 5th of July, 2018

    /s/ James E. Barton II
James E. Barton II
Torres Law Group, PLLC
2239 W. Baseline Road
Tempe AZ, 85283
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, I electronically filed the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road
Suite 101
Mesa, Arizona 85201
*Attorneys for Defendants*

    /s/ Saman J. Golestan