**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - #030210
krd@udallshumway.com
Attorneys for Defendant Maricopa
County Community College District
Maria Wise and Vivian Miranda

**UNITED STATES DISTRICT COURT**

**DISRICT OF ARIZONA**

| | |
|---|---|
| James Rogers and Judy Ellen Rogers, | NO. CV2018-00605 PHX-DWL |
| Plaintiffs, | |
| v. | **STIPULATION FOR ORDER RE RULE 35 EXAMINATION** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual; and Vivian Miranda-Strawbridge, an individual | |
| Defendants. | |

Plaintiffs and Defendants hereby stipulate that this Court shall enter the form of order directing Plaintiff James Rogers to appear for and participate in a Rule 35 psychiatric examination on April 5, 2019 beginning at 10 a.m. to be conducted by Stephen Herman, M.D. at 17470 N. Pacesetter Way, Scottsdale, AZ 85255. Plaintiff James Rogers has placed his mental condition at issue in this action. Plaintiff was under the care of a psychologist and a psychiatrist. Plaintiff is also offering opinions from a retained expert psychiatric expert. This stipulation is to satisfy the requirement of the examiner and to facilitate the examination.

Counsel for Plaintiffs has reviewed this Stipulation and the proposed Order and approved both. Counsel for Plaintiff has also authorized the electronic signing of this Stipulation by defense counsel.

DATED: March 6, 2019.

UDALL SHUMWAY PLC

    /s/ David R. Schwartz
David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road
Suite 101
Mesa, AZ 85201
Attorneys for Defendant Maricopa County Community College District, Wise and Miranda

TORRES LAW GROUP PLC

/s/ David R. Schwartz for James E . Barton II
James E. Barton II
2239 W. Baseline Road
Tempe, AZ 85283
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically lodged the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ 85283
Attorneys for Plaintiff

   /s/ Kimberly Kershner

5413593.1
109883.024