**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Curtis M. Chipman - #018273
cmc@udallshumway.com
Stephen L. West - #011764
slw@udallshumway.com
David R. Schwartz - #009264
das@udallshumway.com
Attorney for Personal Representative

# ARIZONA SUPERIOR COURT
## MARICOPA COUNTY

| In the Matter of the Estate of:<br><br>**NORMAN LEE BUTLER,**<br><br>Deceased. | NO. PB 2018-090686<br><br>**ORDER CONTINUING HEARING ON PETITION FOR ALLOWANCE OF CLAIM AGAINST ESTATE OF NORMAN LEE BUTLER**<br><br>**(Assigned to Commissioner Susan White)** |
|---|---|

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED vacating the First Appearance hearing scheduled for March 21, 2019 at 9:30 a.m. on the Petition for Allowance of Claim Against the Estate and rescheduling such hearing for April _____, 2019 at _____ __.m before Commissioner Susan White, Maricopa County Superior Court, Southeast Judicial Facility, 222 E. Javelina Ave, Courtroom 302 (3rd Floor), Mesa, Arizona 85210.

. . .

. . .

Any written objection describing the legal basis for the objection to the Petition must be filed with the Court at least three days before this hearing date or you must appear in person or through an attorney at the time and place set forth in this Order.

DATED: March __, 2019.

_____
Commissioner Susan White

2

**CERTIFICATE OF SERVICE**

**COPY** hand delivered this
5th day of March, 2019 to:

The Honorable Susan White
Maricopa County Superior Court

With a copy e-mailed and mailed to:

Charles M. Dyer
Richard C. Keyt
Dyer Bregman & Ferris, LLC
3411 N. 5th Avenue, Suite 300
Phoenix, AZ  85013-3811
Attorneys for Robin Prentice-Bjerkeseth

---
5412443.1/116548.001